ON APPLICATION FOR SECOND REHEARING
The opinion of this Court of July 23, 1982, is extended for the purpose of clarification. This Court granted two petitions for certiorari, one filed by the defendants and one filed by the State. The opinion of this Court of July 23, 1982, is directed to the petition of the defendants, and on review by certiorari the judgment of the Court of Criminal Appeals was affirmed as to that court's determination of the search and seizure issue. The State's petition for certiorari was granted so that this Court could consider the question whether the simultaneous possession of several types of drugs, where the fact of possession occurs at the same time and in the same place, constitutes multiple possession offenses; that writ of certiorari was quashed on July 23, 1982, as improvidently granted.
OPINION EXTENDED; APPLICATIONS FOR REHEARING OVERRULED.
All the Justices concur.